1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**

7              **DISTRICT OF NEVADA**

8

9   KENNETH TOBIN,                          )        2:07-CV-577-BES-PAL
                                            )
10                 Plaintiff,               )
                                            )        **ORDER**
11        v.                                )
                                            )
12   GRANITE GAMING GROUP II, LLC, a        )
     Nevada limited liability company d/b/a/ )
13   GIRLS OF GLITTER GULCH,                )
                                            )
14                 Defendant.               )
                                            )
15   _____)

16          Before the Court is the Report and Recommendation of the United States Magistrate

17   Judge (#39) ("Recommendation") entered on February 29, 2008, in which the Magistrate

18   Judge recommends that this Court enter an order that dispositive sanctions be imposed and

19   that this matter be dismissed with prejudice due to Plaintiff's counsel's failures to comply with

20   Court orders, failures to comply with discovery obligations, the Federal Rules of Civil

21   Procedure, and the Local Rules of Practice, failures to appear at multiple Court ordered

22   proceedings before the Court, and failures to communicate with opposing counsel.  No

23   objection to the Report and Recommendation has been filed.

24                              I. DISCUSSION

25          This Court "may accept, reject, or modify, in whole or in part, the findings or

26   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1) (2005). Further, under 28

27   U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's

28   recommendation, then this Court is required to "make a de novo determination of those

                                        1

portions of the [report and recommendation] to which objection is made."[1]  Id.  Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985).  Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149.  Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. See United States v. Reyna-Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court may accept the recommendation without review.  See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

In this case, Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation.  Because no objections were filed, this Court is not required to review the Report and Recommendation, and therefore accepts it.  Accordingly,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#39) entered on February 29, 2008, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation, Defendants' Motion to Dismiss (Doc #34) is GRANTED.

///

///

///

///

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1) (2005).

2

1    IT IS FURTHER ORDERED that this is action be DISMISSED with prejudice. The Clerk

2  of the Court shall enter judgment accordingly.

3    IT IS SO ORDERED.

4    DATED: This 17th day of March, 2008.

UNITED STATES DISTRICT JUDGE